IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALIM HAJIANI,

    Plaintiff,

      v.

                                      CIVIL ACTION FILE
                                        NO. 1:17-CV-620-TWT

LOYA INSURANCE GROUP,

    Defendant.

## ORDER

This is an employment discrimination action.  It is before the Court on the

Report and Recommendation [Doc. 5] of the Magistrate Judge recommending

dismissing the action for failure to state a claim. Although the Plaintiff claims to have

filed an amended complaint, there is not one filed on the docket.  The Court approves

and adopts the Report and Recommendation as the judgment of the Court. This action

is DISMISSED.

SO ORDERED, this 12 day of April, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge